UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.  2:24-cv-00406-JES-NPM

**MARION VAUGHAN,**

    Plaintiff,

v.

**RTR FINANCIAL SERVICES INC,**

    Defendant.

_____/

**CERTIFICATE OF COMPLIANCE**

Plaintiff Marion Vaughan submits this Notice of Compliance in accordance with this Court's Request for Production, *see* Doc. 5 at 1, and, in so doing, advises that Plaintiff has complied with the order by providing Defendant RTR Financial Services Inc with the documents and records in Plaintiff's position to counsel for Defendant, Maureen B. Walsh, Esq., *via* E-mail on July 02, 2024.

    DATED: July 02, 2024

                                                  Respectfully Submitted,

                                                  /s/ Thomas Patti
                                                  **THOMAS PATTI, ESQ.**
                                                  Florida Bar No. 118377
                                                  E-mail:   Tom@pzlg.legal
                                                  PATTI ZABALETA LAW GROUP
                                                  3323 Northwest 55th Street
                                                  Fort Lauderdale, Florida 33309
                                                  Phone:   561-542-8550

                                                  *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 02, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377